UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL GRAY, | No. 2:14-cv-1047-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| WARDEN RICK HILL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 26, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

---

[1] Petitioner has also filed a motion to strike respondent's motion to strike petitioner's surreply. ECF No. 23. The magistrate judge recommended denying petitioner's request to file a surreply and concluded that respondent's motion to strike such was thus rendered moot. For the same reason, petitioner's motion to strike respondent's motion to strike is also moot and will be denied.

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 26, 2015, are adopted in full;

2. Petitioner's motion to file a surreply (ECF No. 19) is denied;

3. Respondent's motion to strike his surreply (ECF No. 21) is denied as moot;

4. Petitioner's motion to strike respondent's motion to strike (ECF No. 23) is denied as moot;

5. Respondent's motion to dismiss (ECF No. 15) is granted; and

6. Petitioner is granted leave to amend the petition to delete his uncognizable (Claims 5(K), 5(L), and 5(P)), unexhausted (Claims 5(J), 5(M), 5(N), 5(O), 5(Q), and 6), and untimely (Claim 8) claims within thirty days of this order.

DATED:   June 9, 2015

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE